## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Misha Leshchiner

                Plaintiff,

v.                                             Case No.: 1:22−cv−03464
                                                 Honorable Franklin U. Valderrama

Kellogg Sales Company

                Defendant.

## ORDER REFERRING A CIVIL CASE TO THE
## DESIGNATED MAGISTRATE JUDGE

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Maria Valdez for the purpose of holding proceedings related to and all discovery disputes without authority to extend the discovery cutoff date. The referral to the magistrate judge shall also include authority to conduct a settlement conference if deemed appropriate. Mailed notice. (kp, )

Dated: December 5, 2022

                                                                  /s/ Franklin U. Valderrama

                                                                  United States District Judge