# United States District Court
# Northern District of Illinois

In the Matter of

Leshchiner

v.

Kellog Sales Company

Magistrate Judge Maria Valdez

Case No. 22-CV-3464

### TRANSFER OF CASE TO THE EXECUTIVE COMMITTEE FOR A REFERRAL TO MAGISTRATE JUDGE

The above captioned case is currently pending on my calendar. I recommend to the Executive Committee that this case be referred to the calendar of Magistrate Judge Maria Valdez, the magistrate judge designated pursuant to Local Rule 72.1. The reasons for my recommendation are indicated on the reverse of this form.

**Judge Franklin U. Valderrama**

Date: Wednesday, December 7, 2022

---

### ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be referred to the calendar of Magistrate Judge Maria Valdez

ENTER

FOR THE EXECUTIVE COMMITTEE

**Chief Judge Rebecca R. Pallmeyer**

Dated: Wednesday, December 7, 2022

District Referral - To Designated Magistrate Judge

# CIVIL PROCEDURES

**Conduct hearings and enter appropriate orders on the following pretrial motion/matter:**

- All Discovery Motions

- Discovery Supervision

- Settlement Conference

...........................................................................................................................................................................................................................................
EXCEPTIONS OR ADDITIONS: